UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CHAVEZ, | Case No. 1:20-cv-01269-JDP |
| Plaintiff, | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| RAMIREZ, *et al.*, | ECF No. 7 |
| Defendants. | |

Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. ECF No. 7.[1] Plaintiff has submitted a declaration regarding his financial circumstances. *Id*. Plaintiff's declaration satisfies the requirements under § 1915. The court therefore grants plaintiff's motion to proceed *in forma pauperis*. Plaintiff's complaint will be screened separately in due course.

---

[1] Plaintiff was imprisoned at the time he filed his complaint but did not pay the filing fee or move to proceed without prepayment of fees. *See* ECF Nos. 1, 3. Thus, he was ordered to submit an application to proceed *in forma pauperis* or pay the filing fee. ECF No. 3. The court sent plaintiff an IFP form for incarcerated litigants. *Id.* However, plaintiff has since been released from confinement. ECF No. 4.

1
2  IT IS SO ORDERED.
3
4  Dated:   November 3, 2020                    _____
                                                UNITED STATES MAGISTRATE JUDGE
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28