UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PABLO CHAVEZ,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>RAMIREZ, ET AL.,<br><br>　　　　Defendants. | Case No. 1:20-cv-01269-ADA-HBK (PC)<br><br>ORDER DISREAGRDING PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. No. 21) |

On August 10, 2023, Plaintiff filed a notice of voluntary dismissal. (Doc. No. 21). Plaintiff, referencing the Court's April 17, 2023 screening order, states he wishes to voluntarily dismiss this action without prejudice. (*Id.*). On July 17, 2023, the district court adopted the undersigned's findings and recommendations and dismissed this action, and judgment was entered the dame day. (Doc. Nos. 19, 20). The judgment was served on plaintiff. *See* docket. Because judgment has been entered, Plaintiff cannot now voluntarily dismiss this action.

　　　Accordingly, it is **ORDERED**:

　　　The Court disregards Plaintiff's notice of voluntary dismissal (Doc. No. 21).

Dated: __August 24, 2023__

　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE